FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 15, 2016

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LARRY GUTIERREZ,<br><br>Defendant. | No.   2:15-CR-0131-SMJ<br><br>**PROTECTIVE ORDER** |

Before the Court, without oral argument, is the parties' Stipulated Motion for Protective Order, ECF No. 15.  The Court is fully informed and grants the motion.

//

//

//

//

//

//

//

//

ORDER **-** 1

1  //

2  Accordingly, **IT IS HEREBY ORDERED**:

3     1. The Parties' Stipulated Motion for Protective Order, **ECF No. 15**, is

4       **GRANTED.**

5     2. The Court enters the discovery protective order at **ECF No. 15-1.**

6     **IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order

7  and provide copies to all counsel.

8     **DATED** this 15th day of January 2016.

9

10         _____
       SALVADOR MENDOZA, JR.
       United States District Judge

11

12

13

14

15

16

17

18

19

20