FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 23, 2016

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>LARRY GUTIERREZ,<br><br>　　　　　　　　Defendant. | 2:15-CR-131-SMJ<br><br>Preliminary Order of Forfeiture |

IT IS HEREBY ORDERED THAT:

As the result of the Defendant's guilty plea an Information charging Defendant with Production of Child Pornography, in violation of 18 U.S.C. § 2251(a), for which the United States sought forfeiture of assets pursuant to 18 U.S.C. § 2253, Defendant, LARRY GUTIERREZ, shall forfeit to the United States any property, real or personal, used or intended to be used to commit or promote the commission of such offense or any property traceable to such property.

The Court has determined, based upon the Defendant's plea and plea agreement, that the following assets are subject to forfeiture pursuant to 18 U.S.C. § 2253, and that the United States has established the requisite nexus between such assets described below, and such offense(s):

ELECTRONICS and STORAGE DEVICES

1) Sandisk 256MB SD Card;

2) Sandisk Cruiser edge 4GB Thumbdrive BH1105XSRB;

3) Dell Optiplex GX520 Computer tower 1G850B1;

4)  Samsung Cell phone Model SCH1510 IMEI 990000239574520;

5) PNY Optima SD Card 4GB MMAGF04GWMCA-NA;

Preliminary Order of Forfeiture 1
Gutierrez Larry PoF.docx

6) Canon multimedia SD card 16MB EA00475;

7) LG Verizon wireless cell phone SN 501CYEA0689116; and,

8) Pentax Optio S50 Digital Camera SN 8839349.

Upon the issuance of a Preliminary Order of Forfeiture and pursuant to 21 U.S.C. § 853(n)(1), as incorporated by 18 U.S.C. § 2253(b), the United States will post notice of the order on the official government internet site (www.forfeiture.gov) for at least 30 consecutive days.

The United States will also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the Preliminary Order of Forfeiture, as a substitute for posted internet notice as to those persons so notified.

Pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B), this Preliminary Order of Forfeiture is final as to the Defendant at the time of sentencing, and is made part of the sentence and included in the judgment.

The United States shall have clear title to the above-listed property following the Court's disposition of all third-party interests, or, if none, following the expiration of the period provided in Fed. R. Crim. P. 32.2(c)(2), and 21 U.S.C. § 853(n) as incorporated by 18 U.S.C. § 2253, for the filing of third party petitions.

The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

ORDERED this  23rd day of May, 2016.

Salvador Mendoza, Jr.
United States District Judge

Presented by:

MICHAEL C. ORMSBY
United States Attorney

s/Alison L. Gregoire

Alison L. Gregoire
Assistant United States Attorney

Preliminary Order of Forfeiture 3
Gutierrez Larry PoF.docx